COMMON PLEAS COURT
WARREN COUNTY OHIO
FILED

2024 SEP 11 AM 11: 04

JAMES L. SPAETH
CLERK OF COURTS

IN THE WARREN COUNTY COMMON PLEAS COURT
CIVIL DIVISION
LEBANON, OHIO

GREGORY SPEARS
and MELISSA SPEARS
7366 Osceola Road
Blanchester, Ohio 45107

    Plaintiff,

v.

LOWE'S HOME IMPROVEMENT
Store #2853
575 North Corwin Blvd.
South Lebanon, Ohio 45065
c/o Corporation Service Company
Statutory Agent
1160 Dublin Road, St. 400
Columbus, Ohio 43215

    Defendants.

Case No: 24CV 97897

Judge Oda

Magistrate Heisel

COMPLAINT

---

    Now come Plaintiffs, Gregory Spears and Melissa Spears ("Plaintiffs") by and through counsel, and for its Complaint against Defendant, Lowe's Home Improvement L.L.C. ("Defendant") state as follows:

1



## PARTIES, JURISDICTION, AND VENUE

1. Plaintiffs reside at 7366 Osceola Road, Blanchester, Ohio, 45107, where the contract that is the subject of the instant matter was executed.

2. Defendant, LOWE'S HOME IMPROVEMENT, L.L.C. was, at all times relevant herein, a corporation licensed to do business in the State of Ohio at the address set forth in the caption of this Complaint.

3. Accordingly, jurisdiction and venue are proper with this Court as to the claims of Plaintiffs' Complaint.

## FACTS

4. On August 28, 2021, Plaintiffs purchased a home top-loader washer/dryer system from Defendant Lowe's Home Improvement Store #2853, located at 575 North Corwin Blvd., South Lebanon, Ohio 45065 for approximately .

5. The terms of contract called for Plaintiffs to purchase a LG top loader washer/dryer system along with a Lowe's dryer power cord from Defendant for One-thousand seven-hundred forty-eight dollars ($1,748.00). Pursuant to the parties' contract, Defendant was to install said washer/dryer system in Plaintiffs' home located at 7366 Osceola Road, Blanchester, Ohio 45107. Defendant insisted Plaintiffs purchase the Lowe's power cord or Defendant would not install the washer and dryer nor provide a warranty if they did not install the system. Plaintiffs were induced by Defendant to purchase said power cord.

6. On or about September 2, 2021, Defendant's employees, at all relevant times herein acting at Defendant's direction and supervision, installed the foregoing washer/dryer system along with power cord in Plaintiffs' home. The dryer came with a 5-year warranty and Defendant's employees claimed to be experienced in the installation of the washer/dryer system.

2

7. On September 17, 2022, Plaintiff's home caught fire and burned to the ground. Plaintiffs lost all of their personal property of 32 years as well as their 4 chihuahuas and cat causing the Plaintiffs extreme financial loss as well as immense personal loss. The Plaintiffs were displaced from their home for twenty-three (23) months after the fire.

8. The State of Ohio Fire Marshall and fire investigators from All-State Insurance Determined the cause of the fire was the defective power cord installed by the Defendant's employees. Plaintiffs believe Defendant's liability herein is clear.

## COUNT I

## BREACH OF CONTRACT

9. Plaintiffs incorporate paragraphs 1 through 8 herein as if fully rewritten.

10. Defendant has breached the terms of the parties' contract due to Defendant's employees failing to install the washer/dryer system and power cord in a workmanlike manner and failing to perform under the terms of the parties' contract, by failing to properly install the Plaintiffs' washer/dryer system.

11. As a result of Defendant's breach of the parties' contract, Plaintiffs have sustained damages in excess of $250,000.00

## COUNT II

## UNJUST ENRICHMENT

12. Plaintiffs incorporate paragraphs 1 through 11 herein as if fully rewritten.

13. Defendant, Lowe's Home Improvement received benefits from Plaintiffs in the form of payment of One-thousand seven-hundred forty-eight dollars ($1,748.00) for the washer/dryer system as well as installation by Defendant Lowe's Home Improvement, Inc. pursuant to the

parties' agreement, and Defendant was fully aware of the benefits conveyed by Plaintiffs, and the benefit was unjustly and improperly retained by Defendants without compensation to Plaintiffs for damages caused by Defendant's failure to perform.

14. Defendant, under the doctrines of unjust enrichment and quantum meruit, owes Plaintiffs in an amount to be determined at trial.

## COUNT III

## NEGLIGENCE

15. Plaintiffs incorporate paragraphs 1 through 14 herein as if fully rewritten.

16. Defendant and defendant's employees undertook the task of installing the washer/dryer system in Plaintiffs' home.

17. Defendant's employees held themselves out as competent to perform such installation.

18. Defendant's employees were in fact, negligent in their work and installation of the washer/dryer system as well as the dryer power cord. As a result of Defendant's employees' negligence, the washer/dryer system and power cord caught fire and destroyed Plaintiffs' home along with all of their possessions and pets.

19. As result of Defendant's negligence, Plaintiffs suffered damages in excess of $250,000.00.

Wherefore, Plaintiff demands judgment against Defendants in an amount to be determined at trial but exceeding $250,000.00, plus any other equitable relief to which amount to be determined at trial plus attorney fees, interest and costs.

Respectfully submitted,

*[signature]*

**ELTER LAW OFFICE**
Nathan J. Elter (0064654)
Attorney for Plaintiffs
530 North Broadway
Lebanon, Ohio 45036
T-513-696-4552
F-513-934-2201
nelterlaw@yahoo.com

## INSTRUCTIONS FOR SERVICE

TO THE CLERK:

Please serve a copy of the Complaint upon the Defendant, by certified mail, return receipt requested, at their address listed above.

*[signature]*
Nathan J. Elter