AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Southern_____ **District of** _____Ohio_____

Gregory Spears, et al

              Plaintiff (s),

V.

Lowe's Home Center, LLC

              Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:**  1:24-cv-554

Notice is hereby given that, subject to approval by the court, _____Gregory & Melissa Spears_____ substitutes
                                                  (Party (s) Name)

John D. Smith _____, State Bar No. _____0018138_____ as counsel of record in
          (Name of New Attorney)

place of _____Andrew P. Meier_____.
                              (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:         John D. Smith Co., LPA dba Smith, Meier & Webb, LPA

    Address:            140 N. Main Street, Suite B, Springboro, OH 45066

    Telephone:        (937) 748-2522            Facsimile  (937) 748-2712

    E-Mail (Optional):    jsmith@smw-law.com

I consent to the above substitution.

Date:     8.8.25

                                            (Signature of Party (s))

I consent to being substituted.

Date:     6/10/2025

                                            (Signature of Former Attorney (s))

I consent to the above substitution.

Date:     8.11.25

                                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

                                          Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**